UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ JSH _____ D.C.

05 JUL 28 PM 4:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| AMERICAN NATIONAL MORTGAGE, INC.<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM N. GRIFFIN, et al.<br><br>    Defendants. | No. 2:99cv3061-D<br>JURY DEMAND |

## MOTION TO AMEND SCHEDULING ORDER TO ENLARGE TIME FOR PLAINTIFF TO IDENTIFY EXPERT WITNESSES

COMES NOW the Plaintiff, American National Mortgage, Inc., by and through its counsel, and respectfully moves the Court to amend the scheduling order entered in this cause to enlarge the time for Plaintiff to identify expert witnesses by thirty (30) days, from July 29, 2005, to August 29, 2005, for reasons more fully set forth in the accompanying memorandum.

Respectfully submitted,

BOROD & KRAMER, P.C.
Brinkley Plaza
80 Monroe Avenue, Suite G-1
Memphis, TN  38103
(901) 524-0200

By: _____
Bruce S. Kramer
Jason G. Wolfkill

*Attorneys for American National Mortgage, Inc.*

**MOTION GRANTED**
DATE: 7-29-2005
_____
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

{L:\WDOX\BKClient\10246\001\pld\00004883.BKC}

## CERTIFICATE OF CONSULTATION

I hereby certify that I have consulted with Dale H. Tuttle, Esq., counsel for Defendants, William N. Griffin and Griffin, Clift, Everton & Thornton. Mr. Tuttle expressed that his clients took no position relative to Plaintiff's motion to amend, neither supporting nor opposing it. I hereby certify that I have consulted with Richard M. Carter, Esq., counsel for Defendant, Security Title Company, Inc. Mr. Carter expressed that his clients took no position relative to Plaintiff's motion to amend, neither supporting nor opposing it.

Quitman R. Ledyard

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing has been served via U.S. Mail, postage pre-paid, upon W. Emmett Marston, Esq., Richard M. Carter, Esq. and Shea S. Wellford, Esq., Martin, Tate, Morrow & Marston, 6410 Poplar Avenue, Suite 1000, Memphis, TN 38103, and upon Dale H. Tuttle, Esq. and Tim Edwards, Esq., Glassman, Edwards, Wade & Wyatt, P.C., 26 North Second St., Memphis, TN 38103, on this the 28th day of July, 2005.

Quitman R. Ledyard

{L:\WDOX\BKClient\10246\001\pld\00004883.BKC}

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 216 in case 2:99-CV-03061 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

W. Emmett Marston
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Michael G. McLaren
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 310
Memphis, TN 38117

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William T. Clabault
UNITED STATES DEPARTMENT OF JUSTICE
1400 New York Ave., N.W.
Ste. 4000
Washington, DC 20005

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Marcus D. Ward
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Shea Sisk Wellford
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT