UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 29 AM 11: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| AMERICAN NATIONAL MORTGAGE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:99cv3061-D |
| ) | JURY DEMAND |
| WILLIAM N. GRIFFIN, et al. ) | |
| ) | |
| Defendants. ) | |

## AMENDED SCHEDULING ORDER

The Court hereby GRANTS Plaintiff's Motion to Amend Scheduling Order to Enlarge Time to Identify Expert Witnesses. The following deadlines are hereby established:

TO IDENTIFY PLAINTIFF'S EXPERTS:   August 29, 2005

TO COMPLETE FACT DISCOVERY:   December 15, 2005

TO FILE DISPOSITIVE MOTIONS:   January 17, 2006

TO SERVE PLAINTIFF'S EXPERT REPORT(S):   February 24, 2006

TO SERVE DEFENDANTS' EXPERT REPORT(S):   April 14, 2006

TO COMPLETE EXPERT DISCOVERY:   June 14, 2006

TO FILE JOINT PRETRIAL ORDER:   August 7, 2006, not later than 4:00 p.m.

PRETRIAL CONFERENCE: The pretrial conference will take place at 8:45 a.m. on August 14, 2006.

{L:\WDOX\BKClient\10246\001\pld\00004883.BKA}  This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on _8-1-05_



TRIAL:   September 11, 2006, 9:00 a.m.

This case is set for jury trial and is expected to last 10 days.

IT IS SO ORDERED.


_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

DATE: July 28, 2005

{L:\WDOX\BKClient\10246\001\pld\00004883.BKA}

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 217 in case 2:99-CV-03061 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William T. Clabault
UNITED STATES DEPARTMENT OF JUSTICE
1400 New York Ave., N.W.
Ste. 4000
Washington, DC 20005

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

W. Emmett Marston
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Michael G. McLaren
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 310
Memphis, TN 38117

Shea Sisk Wellford
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Marcus D. Ward
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT